UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOOD NAZIR KHAN,<br>Plaintiff,<br>v.<br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br>Defendant. | No. 2:23-cv-01614-DC-SCR (PS)<br><br>ORDER DISMISSING THIS ACTION DUE TO PLAINTIFFS' FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE |

On April 4, 2024, the court issued an order directing Plaintiff to show cause "why this case should not be dismissed for lack of prosecution." (Doc. No. 4.) Plaintiff did not respond to that order to show cause and the deadline to respond to that order has passed.

In light of Plaintiff's failure to timely respond to the order to show cause or otherwise communicate with the court, it appears that Plaintiff no longer wishes to prosecute this action but rather has abandoned the litigation.

In determining whether to dismiss a case for lack of prosecution, courts consider the follow factors: (1) the public interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendant; (4) the public policy favoring disposition on the merits; and (5) the availability of less drastic sanctions. *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); *Hernandez v. City of El Monte*, 138 F.3d 393, 398 (9th Cir. 1998).

Here, the public interest in expeditious resolution of litigation, the court's need to manage its docket, and the risk of prejudice to Defendant all support the imposition of the sanction of dismissal here. Only the public policy favoring disposition on the merits counsels against dismissal. However, Plaintiff's failure to prosecute this action makes disposition on the merits an impossibility. Finally, with respect to availability of less drastic sanctions, the court has considered alternative measures. The issuance of yet another order to show cause would be futile under the circumstances presented.

Accordingly, this action will be dismissed due to Plaintiff's failure to prosecute and failure to comply with the court's order.

For the reasons set forth above,

1. This action is DISMISSED, without prejudice, due to Plaintiff's failure to respond to the April 4, 2024 order to show cause (Doc. No. 4), failure to prosecute this action, and failure to obey a court order; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 13, 2026**

Dena Coggins
United States District Judge